AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida ▾

|  |  |  |
|---|---|---|
| OAKLEY, INC., a Washington corporation, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| *Plaintiff(s)* | | |
| v. | | Civil Action No.   1:26-cv-23028-RAR |
| A. JONES, INC. AND JON S. WELCH | | |
| *Defendant(s)* | | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

> A. Jones, Inc.
> c/o Jon Welch, Registered Agent
> 1403 Hilltop Circle
> Rogers, Arkansas 72756

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> David B. Rosemberg, Esq.
> Rosemberg Law
> 20200 W. Dixie Hwy., Ste. 602
> Aventura, FL 33180
> 305.602.2008

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:    Apr 29, 2026

Angela E. Noble
Clerk of Court

*s/ Micky Quezada*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| OAKLEY, INC., a Washington corporation, | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) Civil Action No.    1:26-cv-23028-RAR |
| A. JONES, INC. AND JON S. WELCH | ) ) ) |
| *Defendant(s)* | ) ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

> Jon Welch
> 1403 Hilltop Circle
> Rogers, Arkansas 72756

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> David B. Rosemberg, Esq.
> Rosemberg Law
> 20200 W. Dixie Hwy., Ste. 602
> Aventura, FL 33180
> 305.602.2008

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:    Apr 29, 2026

*s/ Micky Quezada*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court